UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

**PATRICIA KENNEDY**,

    Plaintiff,

v.

Case No: 2:17-CV-28-UA-MRM

**LQ FLORIDA, LLC.**,

    Defendant,

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Patricia Kennedy, hereby advises the Court that this case has been settled. The Parties request that they be permitted fifteen (15) days within which to file the appropriate documentation with the Court.

**I HEREBY CERTIFY** that, on May 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

    /s/ *Philip Michael Cullen, III, Esq.*
    Fla. Bar No: 167853
    **Thomas B. Bacon, P.A.**
    621 South Federal Highway, Suite Four
    Fort Lauderdale, Florida 33301
    Telephone: (954) 462-0600
    Facsimile: (954) 462-1717
    cullen@thomasbaconlaw.com